**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANTE MENESES, an individual, ) | Case No. 5:11-CV-05227 EJD |
| ) | |
| Plaintiff, ) | **CASE MANAGEMENT ORDER** |
| v. ) | |
| ) | |
| CITIMORTGAGE, INC.; CR TITLE ) | |
| SERVICES, INC.; and DOES 1 through 50, ) | |
| inclusive, ) | |
| Defendants. ) | |
| ) | |

    This case is scheduled for a Case Management Conference on March 30, 2012. Based on the Case Management Statement filed by Defendants (see Docket Item No. 26), the court finds that a Case Management Conference would be premature at this time.

    Accordingly, the Case Management Conference is VACATED.

**IT IS SO ORDERED.**

Dated: March 27, 2012

_____
EDWARD J. DAVILA
United States District Judge