UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANTE MENESES, an individual,<br><br>                Plaintiff,<br>   v.<br><br>CITIMORTGAGE, INC.; CR TITLE SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 5:11-CV-05227 EJD<br><br>**CASE MANAGEMENT ORDER** |

       This case is scheduled for a Case Management Conference on March 30, 2012. Based on the Case Management Statement filed by Defendants (<u>see</u> Docket Item No. 26), the court finds that a Case Management Conference would be premature at this time.

       Accordingly, the Case Management Conference is VACATED.

**IT IS SO ORDERED.**

Dated: March 27, 2012

                                            _____<br>
                                            EDWARD J. DAVILA<br>
                                            United States District Judge